# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

March 1, 2017

**To:**   Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 17-1449
>
> Caption:
> MICHAEL BELEY, et al.,
>  Plaintiffs - Appellants
>
> v.
>
> CITY OF CHICAGO,
> Defendant - Appellee

> District Court No: 1:12-cv-09714
> Clerk/Agency Rep Thomas G. Bruton
> District Judge John Robert Blakey
> Date NOA filed in District Court: 03/01/2017

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)